| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT, Esq. (MR - 7505) | CASE NO.: 17-11200-ABA<br><br>CHAPTER 7<br><br>HEARING DATE: Mach 7, 2017 at 10:00 am<br><br>JUDGE: Andrew B. Altenburg Jr. |
| **In Re:**<br><br>**Ada R. Berroa**<br><br>**dba Lola Multi Service, LLC**<br><br>Debtor. | |

Order Filed on March 7, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: March 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtors:	Ada R. Berroa dba Lola Multi Service, LLC
Case No.:	17-11200-ABA
Caption of Order:	**Order Vacating Automatic Stay**

_____

Upon the motion of Robertson, Anschutz & Schneid, P.L., attorneys for Secured Creditor, U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2006, GSAMP TRUST 2006-HE3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE3, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 741 South Sixth Street, Vineland, NJ 08360.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

3. **3.** Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Ada R. Berroa  
       Debtor

Case No. 17-11200-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db         +Ada R. Berroa,   8 Club House Lane,   Mays Landing, NJ 08330-3622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:  
        Edward M. Thompson   on behalf of Debtor Ada R. Berroa kato92@aol.com  
        Miriam  Rosenblatt   on behalf of Creditor   U.S. Bank National Association  
         mrosenblatt@rasflaw.com  
        Thomas J Subranni   trustee@subranni.com,  
         szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti  
         ons.com;hinnaurato@subranni.com  
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 4