**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
BERROA, ADA R.

Case No.: 17-11200  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on April 25, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 8 CLUB HOUSE LANE, MAYS LANDING, NJ 08330-0000, | $240,000.00 | $400,000.00 | $0.00 |
| 112 N. BRYANT AVENUE, VENTNOR CITY, NJ 08406-000 | $200,000.00 | $219,103.00 | $0.00 |
| 741 S. SIXTH STREET, VINELAND, NJ, 08360 | $150,000.00 | $200,000.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ Thomas J. Subranni  
Address:         1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-11200-ABA
Ada R. Berroa                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 2           Date Rcvd: Mar 22, 2017
                       Form ID: pdf905        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
```
db              +Ada R. Berroa,    8 Club House Lane,    Mays Landing, NJ 08330-3622
cr              +U.S. Bank National Association,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                  Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
516601978        APEX Asset Management,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
516601976        Advanced Pathology,    1015 New Road,    Northfield, NJ 08225-1600
516601977       +America Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
516601979       +Atlantcare Regional Medical Center,    Anesthesiology,    1925 Pacific Avenue,
                  Atlantic City, NJ 08401-6713
516601980       +Atlantic Diagnostic Laboratories,    3520 Progress Drive, Suite C,    Bensalem, PA 19020-5810
516601981        Atlantic Gastro,    3205 Fire Road,    Egg Harbor Township, NJ 08234-5884
516601982        Bosco's,    P.O. Box 659622,    San Antonio, TX 78265-9622
516601984       +FNA Jersey BOI, LLC,    c/o Anthony Velasquez, Esquire,    575 Route 40, 2nd Floor,
                  P.O. Box 1030,    Brick, NJ 08723-0090
516601983        Federal National Mortgage,    3900 Wisconsin Avenue,    Washington, DC 20016-2892
516601985       +Jersey Shore Gastroenterology,    408 Bethel Road, Suite E,    Somers Point, NJ 08244-2191
516601986        LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
516601987       +Litton Loan Servicing,    P.O. Box 4387,    Houston, TX 77210-4387
516601988        Macys,    P.O. Box 9001094,    Louisville, KY 40290-1094
516601989       +Merchants Credit Guide,    223 W. Jackson Boulevard, #700,    Chicago, IL 60606-6914
516601990       +Nationstar Mortgage,    P.O. Box 619063,    Dallas, TX 75261-9063
516601991       +RBS Citizens,    c/o Stephen Einstein, Esquire,    20 Vessey Street, Suite 1406,
                  New York, NY 10007-4217
516601993        Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516601994       +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway-Suite 302,
                  Roseland, NJ 07068-1640
516601995       +Stone Creset Homeowners Assoc.,    P.O. Box 429,    Oceanville, NJ 08231-0429
516601996       +U.S. Bank, National Association,    c/o Udren Law Offices,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
516633276       +US Bank, national Association,    ROBERTSON, ANSCHUTZ &  SCHNEID, P.L.,    6409 Congress Ave,
                  Suite # 100,    Boca Raton Fl 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2017 23:15:43      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2017 23:15:40      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516601992        E-mail/Text: bkrpt@retrievalmasters.com Mar 22 2017 23:15:38      RMCB,    P.O. Box 1235,
                  Elmsford, NY 10523-0935
                                                                                                TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward M. Thompson    on behalf of Debtor Ada R. Berroa kato92@aol.com
```

```
District/off: 0312-1            User: admin                 Page 2 of 2            Date Rcvd: Mar 22, 2017
                                Form ID: pdf905             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Miriam Rosenblatt    on behalf of Creditor   U.S. Bank National Association
           mrosenblatt@rasflaw.com
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 5

Case 17-11200-ABA    Doc 14    Filed 03/24/17    Entered 03/25/17 00:39:29    Desc Imaged
Certificate of Notice    Page 3 of 3