| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ada R. Berroa** | Social Security number or ITIN   xxx–xx–2378 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   17–11200–ABA | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ada R. Berroa
dba Lola Multi Service, LLC

4/21/17

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318 · **Order of Discharge** · page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-11200-ABA
Ada R. Berroa                                                       Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Apr 21, 2017
                             Form ID: 318          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db          +Ada R. Berroa,    8 Club House Lane,    Mays Landing, NJ 08330-3622
cr          +U.S. Bank National Association,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
              Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
516601978    APEX Asset Management,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
516601976    Advanced Pathology,    1015 New Road,    Northfield, NJ 08225-1600
516601977   +America Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
516601979   +Atlantcare Regional Medical Center,    Anesthesiology,    1925 Pacific Avenue,
              Atlantic City, NJ 08401-6713
516601980   +Atlantic Diagnostic Laboratories,    3520 Progress Drive, Suite C,    Bensalem, PA 19020-5810
516601981    Atlantic Gastro,    3205 Fire Road,    Egg Harbor Township, NJ 08234-5884
516601982    Bosco's,    P.O. Box 659622,    San Antonio, TX 78265-9622
516601984   +FNA Jersey BOI, LLC,    c/o Anthony Velasquez, Esquire,    575 Route 40, 2nd Floor,
              P.O. Box 1030,    Brick, NJ 08723-0090
516601983    Federal National Mortgage,    3900 Wisconsin Avenue,    Washington, DC 20016-2892
516601985   +Jersey Shore Gastroenterology,    408 Bethel Road, Suite A,    Somers Point, NJ 08244-2191
516601986    LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
516601987   +Litton Loan Servicing,    P.O. Box 4387,    Houston, TX 77210-4387
516601988    Macys,    P.O. Box 9001094,    Louisville, KY 40290-1094
516601989   +Merchants Credit Guide,    223 W. Jackson Boulevard, #700,    Chicago, IL 60606-6914
516601990   +Nationstar Mortgage,    P.O. Box 91063,    Dallas, TX 75261-9063
516601991   +RBS Citizens,    c/o Stephen Einstein, Esquire,    20 Vessey Street, Suite 1406,
              New York, NY 10007-4217
516601993    Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516601994   +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway-Suite 302,
              Roseland, NJ 07068-1640
516601995   +Stone Creset Homeowners Assoc.,    P.O. Box 429,    Oceanville, NJ 08231-0429
516601996   +U.S. Bank, National Association,    c/o Udren Law Offices,    111 Woodcrest Road, Suite 200,
              Cherry Hill, NJ 08003-3620
516633276   +US Bank, national Association,    ROBERTSON, ANSCHUTZ &  SCHNEID, P.L.,    6409 Congress Ave,
              Suite # 100,    Boca Raton Fl. 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2017 23:16:18    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2017 23:16:13    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516601992    EDI: RMCB.COM Apr 21 2017 22:48:00    RMCB,    P.O. Box 1235,    Elmsford, NY 10523-0935
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
              York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
              Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Edward M. Thompson    on behalf of Debtor Ada R. Berroa kato9@aol.com
              Miriam Rosenblatt    on behalf of Creditor    U.S. Bank National Association
              mrosenblatt@rasflaw.com

District/off: 0312-1          User: admin                  Page 2 of 2              Date Rcvd: Apr 21, 2017
                             Form ID: 318                  Total Noticed: 26

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas J Subranni     trustee@subranni.com,
            szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
            ons.com;hinnaurato@subranni.com
          U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5